# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 97-3887

———————

Beverly Horn,

      Appellant,

      v.

Bassett Furniture
Industries, Inc.,

      Appellee.

\*
\*
\*
\*
\*    Appeal from the United States
\*    District Court for the Western
\*    District of Missouri
\*
\*    [UNPUBLISHED]
\*

———————

Submitted: April 15, 1998

Filed: June 26, 1998

———————

Before LOKEN and LAY, Circuit Judges, and PRATT[1], District Judge.

PER CURIAM

Beverly Horn appeals from a final judgment entered in the United States District Court for the Eastern District of Arkansas,[2] granting summary judgment in favor of

———————

[1]The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa, sitting by designation.

[2]The Honorable Susan Webber Wright, United States District Court Judge.

Bassett Furniture Industries, Inc., on Horn's  claims of race discrimination and hostile work environment in violation of Title VII, disability discrimination in violation of the Americans with Disabilities Act, and violation of the Family and Medical Leave Act. We review the district court's grant of summary judgment de novo.  *See Hanenburg v. Principal Mut. Life Ins. Co.*, 118 F.3d 570, 573 (8th Cir. 1997); *Barge v. Anheuser-Busch, Inc.*, 87 F.3d 256, 258 (8th Cir. 1996).

Having considered the record and the parties' submissions, we conclude that the district court properly granted summary judgment and therefore affirm, for the reasons stated by the district court in its Memorandum and Order of June 19, 1997.  *See* 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT